IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAM GILBERT, JR., | § | |
| TDJC-CID NO.1247228, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-3602 |
| | § | |
| STATE OF TEXAS, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED, with prejudice.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas this 5th day of January, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE